# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MONDAY RESTAURANTS LLC, on behalf of itself and all others similarly situated, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>INTREPID DIRECT INSURANCE )<br>COMPANY, and )<br>W.R. BERKLEY CORPORATION, )<br>)<br>Defendants. ) | Case No.: 4:20-cv-00767 |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF W.R. BERKLEY CORPORATION, WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Monday Restaurants LLC, by and through the undersigned counsel of record, hereby voluntarily dismisses W.R. Berkley Corporation, without prejudice. Otherwise, this Action remains unchanged,

Dated: October 29, 2020

Respectfully submitted,

**LAW OFFICE OF RICHARD S. CORNFELD, LLC**

By: */s/ Richard S. Cornfeld*
  Richard S. Cornfeld, MO Bar #31046
  Daniel S. Levy, MO Bar #66039
  1010 Market Street, Suite 1645
  St. Louis, MO 63101
  P. 314-241-5799
  F. 314-241-5788
  rcornfeld@cornfeldlegal.com
  dlevy@cornfeldlegal.com

  And

  Anthony S. Bruning, #30906MO
  Anthony S. Bruning, Jr., #60200MO

Ryan L. Bruning, #62773MO
THE BRUNING LAW FIRM, LLC
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
P. 314-735-8100 / F. 314-898-3078
tony@bruninglegal.com
aj@bruninglegal.com
ryan@bruninglegal.com

And

Alfredo Torrijos (*Pro Hac Vice*)
ARIAS SANGUINETTI WANG & TORRIJOS, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA
T: (310) 844-9696
F: (310) 861-0168
alfredo@aswtlawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2020, the foregoing was served by operation of the Court's electronic filing system on all counsel of record in this matter.

 /s/ Richard S. Cornfeld