**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MONDAY RESTAURANTS LLC, on behalf of itself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | Case No.: 4:20-cv-00767-SNLJ |
| v. ) ) | |
| INTREPID DIRECT INSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

| | |
|---|---|
| ANDREW DILL, DMD, AMY VARBLE, DMD, AND MICHAEL WONG, DMD, P.C., on behalf of itself and all others similarly situated, ) ) ) ) ) | |
| Plaintiff, ) ) ) | Case No.: 4:20-cv-01015-RWS |
| v. ) ) | |
| TRI-STATE INSURANCE COMPANY OF MINNESOTA ) ) ) | |
| Defendant. ) | |

**PLAINTIFFS' REQUEST FOR LEAVE TO RESPOND TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS**

Without obtaining leave of Court as required by Local Rule 4.01(C), Defendants filed a supplemental memorandum – styled as a "Notice" – in support of their motion for summary judgment. Doc. #63. Calling this a "Notice" rather than a Memorandum does not obviate the need to obtain leave under this Court's rule.

In the event the Court allows this document, Plaintiffs respectfully request leave to file the attached Response (Ex. 1 hereto).

WHEREFORE, Plaintiffs respectfully request that the Court grant leave to file the attached Response to Defendants' Notice of Supplemental Authority in Support of Their Motion to Dismiss.

Dated: January 19, 2021

Respectfully submitted,
**LAW OFFICE OF RICHARD S. CORNFELD, LLC**

By: */s/ Richard S. Cornfeld*
Richard S. Cornfeld, #31046MO
Daniel S. Levy, #66039MO
1010 Market Street, Suite 1645
St. Louis, Missouri 63101
P. 314-241-5799
F. 314-241-5788
rcornfeld@cornfeldlegal.com
dlevy@cornfeldlegal.com

And

Anthony S. Bruning, #30906MO
Anthony S. Bruning, Jr., #60200MO
Ryan L. Bruning, #62773MO
THE BRUNING LAW FIRM, LLC
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
P. 314-735-8100 / F. 314-898-3078
tony@bruninglegal.com
aj@bruninglegal.com
ryan@bruninglegal.com

And

Alfredo Torrijos (*Pro Hac Vice* to be submitted)
ARIAS SANGUINETTI WANG & TORRIJOS, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA
T: (310) 844-9696
F: (310) 861-0168
alfredo@aswtlawyers.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2021, the foregoing was filed with the Court Clerk via the Court's electronic filing system and served on upon all counsel of record via the Court's electronic notification system.

/s/ Richard S. Cornfeld