# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MONDAY RESTAURANTS LLC, on behalf of itself and all others similarly situated,  )<br>)<br>)<br>)<br>Plaintiff,                                      )<br>)<br>v.                                                   )<br>)<br>INTREPID INS. CO.,                         )<br>)<br>Defendant.                              ) | Case No. 4:20 CV 767 SNLJ |
| ANDREW DILL, DMD, AMY VARBLE, DMD, AND MICHAEL WONG, DMD, P.C., on behalf of itself and all others similarly situated,  )<br>)<br>)<br>)<br>)<br>Plaintiff,                                      )<br>)<br>v.                                                   )<br>)<br>TRI-STATE INS. CO. OF MINNESOTA,  )<br>)<br>Defendant.                              ) | Case No. 4:20 CV 1015 SNLJ |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered today in these consolidated cases,

IT IS HEREBY ORDERED that plaintiff Monday Restaurant LLC's second amended complaint against defendant Intrepid Insurance Company is DISMISSED with prejudice.

IT IS FURTHER ORDERED that plaintiff Andrew Dill, DMD, Amy Varble, DMD and Michael Wong, DMD, P.C.'s second amended complaint against defendant Tri-State Insurance Company of Minnesota is DISMISSED with prejudice.

Dated this 2nd day of June, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE